B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
<u>Eastern</u> District of <u>Pennsylvania</u>

FILED ___ ENTERED
LOGGED ___ AL RECEIVED

MAY 1 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

In re <u>Scungio Borst & Associates, LLC</u>,
  Debtor

Case No. <u>22-10609 (AMC)</u>

Stephen J. Scherf, SBA Plan Trust
Administrator of SBA Plan Trust,
  Plaintiff

Chapter <u>11</u>

v.

<u>Summit Architectural Metals & Glass</u>,
  Defendant

Adv. Proc. No. <u>24-00035 (AMC)</u>

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on <u>August 28, 2024</u> as it appears in the records of this court, and that:
                                                                        (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                                    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
        (name of court)                                    (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
        (date)

9-24-2024
Date

_____
Clerk of the Bankruptcy Court

By: _____Marie Caluori_____
         Deputy Clerk