Form PL262 (12/23)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Scungio Borst and Associates LLC<br>Debtor(s) | Case No. 22–10609–amc<br>Chapter 11 |
| Stephen J. Scherf, SBA Plan Trust Administrator of<br>SBA Plan Trust<br>Plaintiff | Adversary No. 24–00035–amc |
| v. | |
| Summit Architectural Metals & Glass<br>Defendant | |

### DEFAULT JUDGMENT

Before Judge Ashely M. Chan

AND NOW, in accordance with Request for Entry of Default Judgment, Affidavit and Certificate of Service it is

ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust and against Summit Architectural Metals & Glass (the Defendant) in the sum of $36,093.13, consisting of $35,743.13 in avoidable transfers as pled in the Complaint, plus filing fee costs of $350.00, and interest accruing at the judgment rate.

Date: August 28, 2024

FOR THE COURT

ATTEST:

Timothy B. McGrath
Clerk of Court

TRUE COPY CERTIFIED
FROM THE RECORD

B1310 (Form 1310) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Pennsylvania__

In re: Scungio Borst & Associates, LLC

Debtor

Case No. __22-10609 (AMC)__

Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust,

    Plaintiff,
v.

Adversary No. 24-00035 (AMC)

Summit Architectural Metals & Glass,

    Defendant.

## EXEMPLIFICATION CERTIFICATE

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the records and seal of the court, certify that the documents attached are true copies of

Clerk's Entry of Default Judgment Against Defendant Summit Architectural Metals and Glass in the amount of $36,093.13

now remaining among the records of the court. In testimony of this statement, I sign my name, and affix the seal of this court at __Philadelphia__, in the State of __Pennsylvania__, this __18th__ day of __September__ 2024.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

---

I, __Ashely Chan__, bankruptcy judge for this district certify that __Timothy McGrath__ is and was at the date of the above certificate clerk of the bankruptcy court for this district, duly appointed and sworn, and keeper of the records and seal of the court, and that the above certificate of the clerk and the clerk's attestation are in due form of law.

__9/18/24__
Date

_____
Bankruptcy Judge

---

I, __Timothy McGrath__, clerk of the bankruptcy court for this district and keeper of the seal of the court, certify that the Honorable __Ashely Chan__ is and was on the date of the above certificate a judge of this court, duly appointed and sworn; and that I am well acquainted with this handwriting and official signature and know and certify the signature written above to be that of the judge.
    In testimony of this statement, I sign my name, and affix the seal of the court at __Philadelphia__, in the State of __Pennsylvania__, this __19th__ day of __September__ 2024.

[Seal of Court]

_____
Clerk of the Bankruptcy Court

Generated: Sep 20, 2024 12:36PM                                                                          Page 1/1



# U.S. Bankruptcy Court

### Pennsylvania Eastern Bankruptcy - Philadelphia

Receipt Date: Sep 20, 2024 12:36PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square 34th Floor
1500 Market Street
Philadelphia , PA 19102

| Rcpt. No: 20000791 | | Trans. Date: Sep 20, 2024 12:36PM | | | Cashier ID: #YR |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| ANN | Ancillary Procee | 24-00035-amc | 1 | 52.00 | 52.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25595 | 09/19/2024 | | $52.00 |
| | | | | Total Due Prior to Payment: | $52.00 |
| | | | | Total Tendered: | $52.00 |
| | | | | Total Cash Received: | $0.00 |
| | | | | Cash Change Amount: | $0.00 |

**Judge:** amc **Case:** 24-00035-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Summit Architectural Metals & Glass

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Sep 16, 2024 3:25PM                                                                                          Page 1/1



# U.S. Bankruptcy Court

## Pennsylvania Eastern Bankruptcy - Philadelphia

**THIS IS A COPY**

Receipt Date: Sep 16, 2024 3:18PM

Obermayer Rebmann Maxwell & Hippell LLP
Centre Square West 34th Floor
1500 Market Street
Philadelphia, Pa 19102

| Rcpt. No: 20000771 | | Trans. Date: Sep 16, 2024 3:18PM | | | Cashier ID: #DR |
|---|---|---|---|---|---|
| CD | Transaction | Case/Party/Defendant | Qty | Price | Amt |
| EX | Exemplification | 24-00035-amc | 1 | 24.00 | 24.00 |
| CE | Certification $1 | | 1 | 12.00 | 12.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | CHECK | #25548 | 09/16/2024 | | $36.00 |
| | | | Total Due Prior to Payment: | | $36.00 |
| | | | Total Tendered: | | $36.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Judge:** amc **Case:** 24-00035-amc

**Debtor:** Stephen J. Scherf, SBA Plan Trust Administrator of v. Summit Architectural Metals & Glass

**341 Meeting:** Date Not Available

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.