**DISPOAP, CASE_CLOSED**

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
## Adversary Proceeding #: 24-00035-amc

| | |
|---|---|
| *Assigned to:* Chief Judge Ashely M. Chan | *Date Filed:* 03/08/24 |
| *Lead BK Case:* 22-10609 | *Date Terminated:* 09/19/24 |
| *Lead BK Title:* Scungio Borst and Associates LLC | |
| *Lead BK Chapter:* 11 | |
| *Demand:* $35000 | |

*Nature[s] of Suit:*   12 Recovery of money/property - 547 preference
　　　　　　　　　　　13 Recovery of money/property - 548 fraudulent transfer

### Plaintiff
-----------------------

**Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust**
c/o Edmond M. George, Esq.
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3066

represented by **DAVID ALEXANDER BARNES**
Obermayer, Rebmann, Maxwell & Hipple LLD
1617 JFK Blvd.
Suite 1900
Philadelphia, PA 19103-4210
(215) 665-3184
Email: alexander.barnes@obermayer.com

**EDMOND M. GEORGE**
Obermayer Rebmann Maxwell & Hippel, LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
(215) 665-3140
Email: edmond.george@obermayer.com

V.

### Defendant
-----------------------

**Summit Architectural Metals & Glass**
920 Eldridge Drive, Suite G
Hagerstown, MD 21740

| Filing Date | # | Docket Text |
|---|---|---|
| 03/08/2024 | 1 (13 pgs; 2 docs) | Adversary case 24-00035. Complaint by EDMOND M. GEORGE on behalf of Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust against Summit Architectural Metals & Glass. Fee Amount $350 . (Attachments: # 1 Exhibit A) (12 (Recovery of money/property - 547 |

| | | |
|---|---|---|
| | | preference)),(13 (Recovery of money/property - 548 fraudulent transfer)) (GEORGE, EDMOND) (Entered: 03/08/2024) |
| 03/08/2024 | | Receipt of Complaint( 24-00035-amc) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A25579409. Fee Amount $ 350.00. (re: Doc# 1) (U.S. Treasury) (Entered: 03/08/2024) |
| 03/11/2024 | 2 (1 pg) | 1 Summons Issued to Plaintiff(s) to be served upon Defendant(s) Summit Architectural Metals & Glass Date Issued 3/11/2024, Answer Due 4/10/2024. (Henry, Lisa) (Entered: 03/11/2024) |
| 03/18/2024 | 3 (2 pgs) | Summons Service Executed Filed by EDMOND M. GEORGE on behalf of Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust (related document(s)1, 2). (GEORGE, EDMOND) Modified on 3/19/2024 (D., Stacey). (Entered: 03/18/2024) |
| 07/12/2024 | 4 (4 pgs; 3 docs) | Request for Entry of Default Filed by DAVID ALEXANDER BARNES on behalf of Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust. (Attachments: # 1 Proposed Entry of Default # 2 Certificate of Service) (BARNES, DAVID) (Entered: 07/12/2024) |
| 07/16/2024 | 5 | Default Entered Against Defendant Summit Architectural Metals & Glass . (D., Stacey) (Entered: 07/16/2024) |
| 08/26/2024 | 6 (9 pgs; 4 docs) | Request for Default Judgment Filed by DAVID ALEXANDER BARNES on behalf of Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust. (Attachments: # 1 Affidavit of D. Barnes # 2 Proposed Entry of Judgment # 3 Certificate of Service) (BARNES, DAVID) (Entered: 08/26/2024) |
| 08/28/2024 | 7 (1 pg) | Clerk's Order of Default Judgment Against: Defendant, Summit Architectural Metals & Glass in the amount of: $36,093.13 Date: 8/28/24 In Favor of: Plaintiff, Stephen J. Scherf, SBA Plan Trust Administrator of SBA Plan Trust. (D., Stacey) (Entered: 08/29/2024) |
| 08/29/2024 | | Disposition of Adversary 2:24-ap-35 Judgment (related document(s)1). (D., Stacey) (Entered: 08/29/2024) |
| 09/19/2024 | | Adversary Case 2:24-ap-35 Terminated for Statistical Purposes. (D., Stacey) (Entered: 09/19/2024) |
| 09/25/2024 | 8 (5 pgs) | Courts Certificate of Mailing Re: Certified Copy of Clerk's Entry of Default, Original Certification of Judgment for Registration in another district, Original, Sealed Exemplification Certificate , Receipt # 20000791 $52.00, Receipt # 20000771 $36.00 . The following Party(s) have been notified: Edmond M. George - via Fed Ex . (related document(s)7). (D., Stacey) (Entered: 09/25/2024) |
| 09/27/2024 | 9 (6 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 8)). No. of Notices: 0. Notice Date 09/27/2024. (Admin.) (Entered: 09/28/2024) |