

# OBERMAYER

**Amanda C. Frett, Esquire**
Direct Dial: 215.606.0258
amanda.frett@obermayer.com
www.obermayer.com

**Obermayer Rebmann Maxwell & Hippel, LLP**
**Attorneys at Law**
2003 S. Easton Road, Suite 304
Doylestown, PA 18901-4640

April 30, 2025

25-mc-243

___ FILED   ___ ENTERED
___ LOGGED  ___ RECEIVED

**VIA FEDERAL EXPRESS**
Office of the Clerk
United States District Court
101 West Lombard Street
Baltimore, MD 21201

MAY 1 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**RE:   Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust v. Summit Architectural Metals & Glass, Adv. Proc. No. 24-00035-AMC (Bankruptcy Court of E.D.Pa)**

Dear Sir or Madam,

This firm represents Stephen J. Scherf, SBA Plan Trust Administrator of the SBA Plan Trust ("Scherf"), the plaintiff in the above-captioned action that was venued in the Bankruptcy Court for the Eastern District of Pennsylvania. On August 28, 2024, the Clerk of the Court entered default judgment in favor of Scherf and against defendant, Summit Architectural Metals & Glass in the amount of $36,093.13. Enclosed, please find the Clerk's Certification of Judgment to be Registered in Another District, accompanied by the Clerk's Exemplification Certificate. Also enclosed is our firm's check in the amount of $52.00 as payment of the filing fee associated with registering this foreign judgment.

Kindly accept the enclosed certification for filing of the judgment in the U.S. District Court for the District of Maryland. If you have any questions or require any further information, please contact William Saldutti at (215) 665-3004.

Very Truly Yours,

*/s/ Amanda C. Frett*
AMANDA C. FRETT, ESQUIRE

*/s/ William F. Saldutti IV*
WILLIAM F. SALDUTTI IV, ESQUIRE

ACF/cms
Enclosures

4911-5291-1673 v1